No. 02–9032.  KINCHELOW v. UNITED STATES;
No. 02–9095.  BENNETT v. UNITED STATES;

No. 02–9115. WILLIAMS v. UNITED STATES;
No. 02–9305. HOUSTON v. UNITED STATES; and
No. 02–9386. PALMER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 313 F. 3d 372.